UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-23497-RNS

REPUBLIC METALS CORPORATION,

    Plaintiff,

v.

BLOOMBERG L.P.,

    Defendant.
_____/

## REPORT OF MEDIATOR

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on October 2, 2015, and all of the parties or their authorized representatives were in attendance, either in person or by telephone and the matter was adjourned for further discussions.

Dated: October 9, 2015

                                          Respectfully submitted,

                                          /s David H. Lichter
                                          Florida Bar No. 359122
                                          Email: dlichter@lichterlawfirm.com
                                          Lichter Law Firm, P.A.
                                          18305 Biscayne Blvd., Suite 302
                                          Aventura, FL 33160
                                          Telephone:   305-933-9970
                                          Facsimile:    305-933-0998
                                          *Mediator*

Case No. 1:14-cv-23497-RNS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2015, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Via email: jag@lgplaw.com; jrl@lgplaw.com; dfk@lgplaw.com*
Juan A. Gonzalez, Esq.
Randy Liebler, Esq.
Dora Kaufman, Esq.
Liebler, Gonzalez & Portuondo
44 W Flagler Street
Miami, FL  33130

*Via email: econnolly@winston.com; CCovarrubias@winston.com; MDurk@winston.com*
J. Erik Connolly, Esq.
Cristina Covarrubias, Esq.
Michelle Munoz Durk, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

*Via email: kkammer@mitrani.com*
Karen Kammer, Esq.
Karen Williams Kammer, P.A.
Mitrani, Rynor, Adamsky & Toland, P.A.
301 W 41st Street, Ste 6
Miami Beach, FL  33140

*Via email: jkorn@willkie.com; bmccallen@willkie.com; chagglund@willkie.com*
Jeffrey B. Korn, Esq.
Benjamin P. McCallen, Esq.
Cristina I. Hagglund, Esq.
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, NY  10019

/s David H. Lichter_____
David H. Lichter
Florida Bar No. 359122