United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Republic Metals Corporation, | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 14-23497-Civ-Scola |
| v. | ) | |
| | ) | |
| Bloomberg, L.P., Defendant | ) | |

### **Order Of Dismissal**

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 86). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on October 16, 2015.

Robert N. Scola, Jr.
United States District Judge